**No. 45949.**—Protests 988491–G, etc., of Ayerst, McKenna & Harrison (U. S.) Ltd. (Ogdensburg).

Opinion by WALKER, J. The protests were submitted on the record without evidence in support of the claims made. The brief in support of the protests and the affidavit of J. Keith Cromer, M. D., relating to the oil in question were found with the papers. The protests were overruled, the court saying the "mere submission of the protests for decision on the official papers does not have the effect of admitting as evidence matters which would otherwise be inadmissible."

BEFORE THE SECOND DIVISION, MAY 27, 1941

**No. 45950.**—Protests 51263–K, etc., of Rochelle Textile Co. et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, MAY 27, 1941

**No. 45951.**—Protest 996866–G of Columbia Co. (San Francisco).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of *Columbia* v. *United States* (5 Cust. Ct. 175, C. D. 395) certain Chinese wine was held dutiable under paragraph 804, Tariff Act of 1930, but not subject to the internal revenue tax.

**No. 45952.**—Protest 43306–K of Italian Crafts, Inc. (New York).

Opinion by CLINE, J. The record showed that the merchandise consists of finished cigarette cases in chief value of leather. The claim at 35 percent under paragraph 1552 and T. D. 49753 was therefore sustained.

**No. 45953.**—Protests 459424–G/9066, etc., of Wm. Feldman et al. (New Orleans, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

MAY 22, 1941

**No. 45954.**— —Protests 49961–K, etc., of Armour & Co. et al. Abstract 45485. Application by Government for rehearing granted.